# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-2344

———————————————

MITCHELL A. AGUINIGA,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Bay County.
Shonna Young Gay, Judge.

May 19, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and LEWIS and BILBREY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Mitchell A. Aguiniga, pro se, Appellant.

James Uthmeier, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.